UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 18-CV-23411

AUSTIN SMILEY,

    Plaintiff,

v.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD d/b/a UNIVERSAL
ORLANDO RESORT

    Defendant.

SUMMONS IN A CIVIL ACTION

**To:**    **UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD**
**1001 Universal Studios Plaza**
**Orlando, Florida 32819**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Elizabeth Olivia Hueber
    MICHAEL L. FEINSTEIN, PA
    200 SE 18th Court
    Ft. Lauderdale, FL 33316.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____

                                                      *Signature of Clerk or Deputy Clerk*