**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AUSTIN SMILEY,

       Plaintiff,

                                     CASE NO.: 6:18-cv-1729-Orl-40TBS

v.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD,

       Defendant.

_____/

**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a. Austin Smiley, Plaintiff.

    b. Universal City Development Partners, LTD., Defendant.

    c. Elizabeth Olivia Hueber, Esq. as counsel for Plaintiff.

    d. Michael L. Feinstein, P.A., as plaintiff's counsel's law firm.

    e. Michael L. Feinstein, Esq., as principal of plaintiff's counsel's law firm.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. NBCUniversal Media, LLC, believed parent company of Defendant.

    b. Comcast, believed parent company of NBC Universal Media, LLC.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a. None known.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

    a. Austin Smiley.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the court in writing on learning of any such conflict.

    DATE: November 1st, 2018

                                             /s/ *Elizabeth Hueber*
                                             Elizabeth Hueber, Esq.
                                             Fla. Bar. 0073061
                                             elizabeth@feinsteinlaw.net
                                             Michael L. Feinsten, P.A.
                                             200 SE 18th Ct.
                                             Ft. Lauderdale, FL 33314
                                             954-767-9667

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Complaint was furnished to the Court's ECF system which served all counsel of record to this action.  As of execution of this Certificate of Service, November 1, 2018, no other party has made an appearance.

                                             /s/ *Elizabeth Hueber*
                                             Elizabeth Hueber, Esq.