# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| AUSTIN SMILEY, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 6:18-cv-1729-Orl-40TBS |
| UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD d/b/a UNIVERSAL ORLANDO RESORT, | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

___ IS             related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_X_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 19th day of November, 2018.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Post Office Box 3389
Orlando, Florida 32802-3389
Telephone:     (407) 246-8440
Facsimile:      (407) 246-8441


By:     */s/ Amanda A. Simpson*
Stephanie L. Adler-Paindiris
Florida Bar No. 0523283
stephanie.adler-paindiris@jacksonlewis.com

Amanda A. Simpson
Florida Bar No. 0072817
amanda.simpson@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of November 2018, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Plaintiff's attorney:  Elizabeth Olivia Hueber, Esquire, Michael L. Feinstein, P.A., 200 S.E. 18th Court, Fort Lauderdale, FL 33316.

*/s/ Amanda A. Simpson*
Amanda A. Simpson

4825-1958-6682, v. 1